UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM T. LAPLANTE,

       Plaintiff,

Case No.: 1:12-cv-240

v.

HONORABLE PAUL L. MALONEY

MARCIE ELLISON, et al.,

       Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 24).  The Report and Recommendation was duly served on the parties.  No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the case is **DISMISSED without prejudice** and without costs to any party, for want of prosecution.


Dated:  July 30, 2012                                        /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      Chief United States District Judge