UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM T. LAPLANTE,

        Plaintiff,

                                        Case No. 1:12-cv-240

v.

                                        HONORABLE PAUL L. MALONEY

MARCIE ELLISON, et al.,

        Defendants,
_____/

## JUDGMENT

      Having issued an order dismissing this case, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of defendants and against the plaintiff.

Date:  July 30, 2012                                       /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              Chief United States District